IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. PEGGY RYAN, | : : : | CIVIL ACTION |
| Plaintiff, v. | : : : | No. 05-3450 |
| ENDO PHARMACEUTICALS, INC., | : : | |
| Defendant. | : | |
| UNITED STATES OF AMERICA, et al., ex rel. MAX H. WEATHERSBY, | : : : | CIVIL ACTION |
| Plaintiff, v. | : : : | No. 10-2039 |
| ENDO PHARMACEUTICALS, INC., | : : | |
| Defendant. | : | |
| UNITED STATES OF AMERICA, et al., ex rel. GURSHEEL S. DHILLON, | : : : | CIVIL ACTION |
| Plaintiff, v. | : : : | No. 11-7767 |
| ENDO PHARMACEUTICALS, INC., | : : | |
| Defendant. | : | |

**O R D E R**

**AND NOW,** this   23rd   day of   June,   2014, upon consideration of Plaintiff, Peggy Ryan's, "Motion to Determine that Relator Peggy Ryan is the Sole Relator Entitled to a Relator's Share Award" (Doc. No. 32), and the Memorandums and Responses submitted by the Government and the other individual Plaintiffs, Max H. Weathersby and Gursheel S. Dhillon, it is hereby **ORDERED** that Plaintiff Ryan's Motion is **GRANTED**.  It is **FURTHER**

**ORDERED** that Plaintiff Ryan is the sole relator eligible to receive a potion of the settlement award under 31 U.S.C. § 3730(d)(1).

                                                      BY THE COURT:

                                                     /s/ Robert F. Kelly
                                                   ROBERT F. KELLY
                                                   SENIOR JUDGE