IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., <br> ex rel. PEGGY RYAN, | : <br> : <br> : | CIVIL ACTION |
| Plaintiff, <br> v. | : <br> : <br> : | No. 05-3450 |
| ENDO PHARMACEUTICALS, INC., | : <br> : | |
| Defendant. | : <br> : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., <br> ex rel. MAX H. WEATHERSBY, | : <br> : <br> : | CIVIL ACTION |
| Plaintiff, <br> v. | : <br> : <br> : | No. 10-2039 |
| ENDO PHARMACEUTICALS, INC., | : <br> : | |
| Defendant. | : <br> : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., <br> ex rel. GURSHEEL S. DHILLON, | : <br> : <br> : | CIVIL ACTION |
| Plaintiff, <br> v. | : <br> : <br> : | No. 11-7767 |
| ENDO PHARMACEUTICALS, INC., | : <br> : | |
| Defendant. | : <br> : | |

**O R D E R**

**AND NOW,** this   25th   day of August, 2014, upon consideration of Relator Peggy

Ryan's ("Ryan"), "Motion for Appellate Bond" (Doc. No. 46), and the Response in Opposition

filed by Relator Gursheel S. Dhillon ("Dhillon"), it is hereby **ORDERED** that Ryan's Motion is

**GRANTED.  IT IS FURTHER ORDERED** that Dhillon must prepay an appellate bond in the amount of $10,000, within fourteen days (14) of the date of this Order, to the Clerk of Court for the Eastern District of Pennsylvania in order to proceed with his appeal.[1]  Upon receiving the payment, the Clerk of Court shall notify the Clerk of Court for the Third Circuit that Dhillon has paid the required appellate bond.[2]

                                            BY  THE  COURT:

                                             /s/ Robert F. Kelly
                                            ROBERT  F. KELLY
                                            SENIOR  JUDGE

---

[1] See Fed. R. App. P. 5(d)(1)(B) (mandating payment within fourteen days of the date of the Order granting the appellate bond).

[2] See Fed. R. App. P. 5(d)(3).