IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CIVIL ACTION |
| ex rel. PEGGY RYAN, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | No.  05-3450 |
| | : | |
| ENDO PHARMACEUTICALS, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CIVIL ACTION |
| ex rel. MAX H. WEATHERSBY, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | No.  10-2039 |
| | : | |
| ENDO PHARMACEUTICALS, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CIVIL ACTION |
| ex rel. GURSHEEL S. DHILLON, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | No.  11-7767 |
| | : | |
| ENDO PHARMACEUTICALS, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**O R D E R**

**AND NOW,** this     25th     day of August, 2014, upon consideration of Relator Gursheel S. Dhillon's, pro se "Motion to Strike from the Record Statement of Chris Mulhall (F.R.C.P. Rule 802 and Rule 806)" (Doc. No. 35), the Response in Opposition filed by Relator

Peggy Ryan, and Dhillon's Reply thereto, it is hereby **ORDERED** that Dhillon's Motion is **DENIED**.

                                      BY THE COURT:

                                      /s/ Robert F. Kelly
                                      ROBERT F. KELLY
                                      SENIOR JUDGE